UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| JEDIDIAH DEAN TROXEL, | Civil No. 16-3694 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent | |

Jedidiah Dean Troxel, 242425, MCF Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondent.

A Report and Recommendation was filed by Magistrate Judge David T. Schultz on October 18, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [Docket No. 17] is ADOPTED.

2. Jedidiah Troxel's Petition for a Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

3. This action is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 11, 2017
at Minneapolis, Minnesota

          s/John R. Tunheim_____
          JOHN R. TUNHEIM
          Chief Judge
          United States District Court